| | | | |
|---|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Hector Rivera | Telephone: (313) 771-6645 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Miguel MONTIEL-FLORES

Case No.

Case: 2:25-mj-30351
Assigned To : Unassigned
Assign. Date : 6/2/2025
Description: CMP USA V. MONTIEL-FLORES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 27, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 27, 2025, in the Eastern District of Michigan, Southern Division, Miguel MONTIEL-FLORES, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 19, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: June 2, 2025

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Miguel MONTIEL-FLORES, an alien who has previously been removed from the United States on or about December 19, 2019, at or near El Paso, Texas, and was thereafter found in the United States on or about May 27, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to MONTIEL-FLORES. I have not included every fact known to law enforcement related to this investigation.

4. MONTIEL-FLORES is a thirty-three-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about March 21, 2010, United States Border Patrol (USBP) Agents encountered MONTIEL-FLORES at or near Casa Grande, Arizona and Voluntary Returned him back to Mexico on the same day.

1

6. On or about February 18, 2011, USBP Agents encountered MONTIEL-FLORES at or near Douglas, Arizona and Voluntary Returned him back to Mexico on the same day.

7. On or about December 12, 2019, USBP Agents encountered MONTIEL-FLORES at or near Animas, New Mexico and served him with an I-860 Notice and Order of Expedited Removal.

8. On December 18, 2019, the United States District Court in New Mexico convicted MONTIEL-FLORES of a violation of 8 U.S.C. §1325, Illegal Entry into the United States and sentenced him to time served.

9. On December 19, 2019, ICE removed MONTIEL-FLORES to Mexico via the El Paso Del Norte, Texas Bridge port of entry.

10. On May 27, 2025, the ICE/HSI Task Force Team traveled to the area of Ogden St. and Henderson St. in Detroit, MI in search of MONTIEL-FLORES with an approved Field Operations Worksheet. At approximately 05:30 a.m., a male subject matching the physical description of MONTIEL-FLORES departed the residence in a white-colored GMC Sierra bearing Michigan license plate 6PXU16. Officers initiated a vehicle stop at or near I-94 and Lonyo St. in Detroit, MI to identify the male based on the reasonable suspicion that this individual matched the description of MONTIEL-FLORES who was seen exiting the residence. Officers identified themselves, contacted the occupant and requested identification.

11. MONTIEL-FLORES stated his name to be Miguel MONTIEL-FLORES, and stated he is a citizen and national of Mexico. Officers placed MONTIEL-FLORES under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

12. Deportation Officers transported MONTIEL-FLORES to the Detroit Field Office for processing. The arrest and subsequent detention of MONTIEL-FLORES was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably

believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. MONTIEL-FLORES' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Miguel Montiel-FLORES, a native and citizen of Mexico who had previously been removed from the United States.

14. A review of MONTIEL-FLORES' immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that MONTIEL-FLORES did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on December 19, 2019.

15. On May 27, 2025, ICE-ERO served MONTIEL-FLORES with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

16. Based on the above information, I believe there is probable cause to conclude that Miguel MONTIEL-FLORES is an alien who has previously been removed from the United States on or about December 19, 2019, at or near El Paso, Texas and was thereafter found in the United States on or about May 27, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

3

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

June 2, 2025